

The following constitutes the order of the Court.
Signed: October 15, 2019

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In Re:

HIPOLITO WAYNE CADIZ RUMBAOA

Debtor

Chapter 13

Case No. 19-51450 SLJ

**ORDER CONFIRMING PLAN**

After notice and opportunity for a hearing it is determined that the Chapter 13 plan satisfies the requirements of 11 U.S.C. § 1325. Therefore, **IT IS ORDERED** that the plan filed at Docket #17 is confirmed.

**IT IS FURTHER ORDERED THAT:**

1. Any creditor whose claim is entirely disallowed by final non-appealable order, and any creditor listed in the Debtor's Schedules that has not filed a proof of claim by the claims bar date need not be served with notice of any subsequent action in this case by the Debtor or the Trustee, unless such creditor files a request for special notice with the Court, and serves such request on the Trustee and Debtor's attorney. Notwithstanding the above, if any proposed action would directly and adversely impact a creditor, that creditor must be given notice of any motion or application.

2. If the Debtor fails to timely tender a payment, the Plan shall be considered in default. Upon written notice of default by the Trustee, the Debtor shall, within twenty-one (21) days of said notice:  1) cure the default;  2) meet and confer with the Trustee and enter into an agreement resolving the default in a manner acceptable to the Trustee; OR 3) file and serve a Motion to Modify Plan which shall propose terms under which the Plan is not in default and which shall provide for Plan completion within sixty (60) months after the time that the first payment under the original plan was due.

*** END OF ORDER ***

# COURT SERVICE LIST

Case Name: HIPOLITO WAYNE CADIZ RUMBAOA

Case No.: 19-51450 SLJ

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

NONE