

James J. Gold #80100
Norma L. Hammes #80149
Lucinda L.H. Gold #322025
GOLD and HAMMES, Attorneys
1570 The Alameda #223
San Jose, CA 95126
Telephone: (408) 297-8750
Fax: (408) 300-5989
office@goldandhammes.com
Attorneys for Debtor

The following constitutes the order of the Court.
Signed: April 14, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

HIPOLITO WAYNE CADIZ RUMBAOA

Debtor
_____/

Chapter 13
Case No. 19-51450 SLJ

ORDER GRANTING *AMENDED* MOTION TO MODIFY CHAPTER 13 PLAN

Upon consideration of Debtor's MOTION TO MODIFY CHAPTER 13 PLAN filed with the Court on _____03/04/2021_____, (Court Doc. No. _42_ ) and good cause appearing therefor;

IT IS ORDERED that the Motion is granted.

*** END OF ORDER ***

COURT SERVICE LIST

ECF parties by electronic means only.